**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
VERMEL PHOBE OLIVER,

                Plaintiff,            20 **CIVIL** 328 (LGS) (KHP)

   -v-                          **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                Defendant.
---------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated April 17, 2020, that the Commissioner's decision is reversed and

that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to

the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings, including the

opportunity for a new hearing and decision.

**Dated:** New York, New York
       April 17, 2020

                               **RUBY J. KRAJICK**
                           _____
                              Clerk of Court
**BY:**
                              Deputy Clerk